JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EILEEN D. MONTERO KIRKLAND,** ) | **NO. EDCV 16-1688-KS** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| **NANCY A. BERRYHILL**, **Acting** ) | |
| **Commissioner of Social Security,** ) | |
| **Defendant.** ) | |
| _____ ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 14, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE